# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN HENRY SCRIVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CV-1127 SRW |
| | ) | |
| RICK LESENBEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for reconsideration of the Memorandum and Order and Order of Partial Dismissal entered on December 11, 2020. Plaintiff asserts that the official capacity claims against defendants Sheriff Rick Lesenbee, Jail Administrator Matt Schulz, Dr. Karen Doerry, Dr. Unknown Burris and Corporal Shane Rapaut should not have been dismissed from this action. He also asserts that the Court was mistaken when it dismissed the individual capacity claims against defendants Lesenbee, Schulz, Doerry and Rapaut for deliberate indifference to his medical needs.

After reviewing the arguments raised by plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments which were addressed by the Court in its December 11, 2020 Memorandum and Order. Plaintiff is therefore not entitled to reconsideration of Order of Partial Dismissal in this matter, and his motion will be denied.

Accordingly,

2

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of December 11, 2020 Memorandum and Order and Order of Partial Dismissal [Doc. #8] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this Order shall not be taken in good faith.

Dated this 20th  day of January, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE