# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHAWN HENRY SCRIVENS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CV-1127 SRW |
| DR. UNKNOWN BURRIS, | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. Summons was returned unexecuted on Dr. Unknown Burris on February 16, 2021.[1] The Court, therefore, will order the Clerk to issue alias summons, on Dr. Unknown Burris, at the registered agent of Phelps County Jail's medical contractor, Advanced Correctional Healthcare, Inc.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to issue process or cause process to issue upon the complaint on defendant Dr. Unknown Burris at the registered agent of the Phelps County Jail's medical contractor, Advanced Correctional Healthcare, Inc., to be served at 120 S. Central Ave., Clayton, Missouri 63105.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed. R. Civ. P. 4. *See* 28 U.S.C. § 1915.

---

[1] The United States Marshal's Office indicated that service was attempted by phone on Phelps County Jail's medical contractor's attorney. Unfortunately, this is not proper service under the Federal Rules of Civil Procedure or the Missouri Long Arm Statute.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff.

Dated this 19th day of February, 2021

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE