# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SHAWN HENRY SCRIVENS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CV-1127 SRW |
| DR. PAUL BURRIS, | ) |
| Defendant. | ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. Summons was returned unexecuted on Dr. Paul Burris on March 10, 2021 because at that time his first name was unknown. As his first name has now been identified, the Court will attempt alias summons on Dr. Paul Burris at the registered agent of Phelps County Jail's medical contractor, Advanced Correctional Healthcare, Inc.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to issue process or cause process to issue upon the complaint on defendant Dr. Paul Burris at the registered agent of the Phelps County Jail's medical contractor, Advanced Correctional Healthcare, Inc., to be served at 120 S. Central Ave., Clayton, Missouri 63105.

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through alias summons, pursuant to Fed. R. Civ. P. 4.  *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff.

2

**IT IS FURTHER ORDERED** that the Clerk shall correct the docket to indicate that defendant Burris' first name is Paul.

Dated this 11th  day of March, 2021.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE